# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OSCAR C. HERNANDEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>HORMEL FOODS CORPORATION,<br><br>            Defendant. | **8:17CV50**<br><br>**ORDER** |

      This matter is before the Court on the parties' Joint Motion to Partially Extend Final Progression Order Deadlines (Filing No. 34). For good cause shown,

      **IT IS ORDERED** that the Joint Motion to Partially Extend Final Progression Order Deadlines (Filing No. 34) is granted, and the earlier Final Progression Order (Filing No. 31) is amended as follows:

      1.    Motions to Dismiss and/or Motions for summary judgment shall be filed not later than **March 5, 2018**. *See* NECivR 56.1 and NECivR 7.1.

      2.    All depositions, whether or not they are intended to be used at trial, shall be completed by **February 19, 2018**.

      3.    The remaining deadlines, including the Final Pretrial Conference and Trial dates, remain as previously scheduled.

     Dated this 8th day of January, 2018.

                                                            BY THE COURT:

                                                            s/ Michael D. Nelson
                                                            United States Magistrate Judge